BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-00275 |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TAJINDER KAUR, | DATE: February 27, 2014 TIME: 9:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 27, 2014.

2.      By this stipulation, defendant now moves to continue the status conference until March 20, 2014, and to exclude time between February 27, 2014, and March 20, 2014, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Counsel for defendant desires additional time to consult with her client, review a proposed plea offer, and conduct any additional investigation as necessary.  Additionally, defense counsel is unavailable on the date currently set for hearing, and needs to be present when any plea is entered to resolve this case.

        b)      Counsel for defendant believes that failure to grant the above-requested

1

continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The continuance is also necessary to maintain continuity of counsel.

        c)      The government does not object to the continuance.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 27, 2014 to March 20, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.


Dated:  February 21, 2014                BENJAMIN B. WAGNER
                                      United States Attorney


                                      /s/ JARED C. DOLAN
                                      JARED C. DOLAN
                                      Assistant United States Attorney

/s/ DANIELA RAZAWI

Dated:  February 21, 2014

_____
DANIELA RAZAWI
Counsel for Defendant
TAJINDER KAUR

**ORDER**

IT IS SO ORDERED.

Dated:  February 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT