BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>TAJINDER KAUR,<br><br>                    Defendant. | CASE NO. 2:13-CR-275 MCE<br><br>STIPULATION CONTINUING SENTENCING DATE; ORDER<br><br>DATE: March 12, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for Judgment and Sentencing on March 12, 2015.

2.   By this stipulation, the parties now move to continue Judgment and Sentencing until May 7, 2015. The parties agree that the continuance is appropriate in light of the personal circumstances of the defendant and the availability of counsel.

IT IS SO STIPULATED.

Dated: March 9, 2015                                       BENJAMIN B. WAGNER
                                                                            United States Attorney

                                                                            /s/ JARED C. DOLAN
                                                                            JARED C. DOLAN
                                                                            Assistant United States Attorney

STIPULATION REGARDING CONTINUANCE OF DATE
FOR JUDGMENT AND SENTENCING                                    1

Dated:  March 9, 2015        /s/ Daniela Razawi
                                        DANIELA RAZAWI
                                        Counsel for Defendant
                                        TAJINDER KAUR

**ORDER**

IT IS SO ORDERED.

Dated:  March 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT