UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England Jr.<br>Chief United States District Judge<br>Sacramento, California | RE:  **Tajinder  Kaur**<br>       **Docket Number:  0972 2:13CR00275-004**<br>       <u>**PERMISSION TO TRAVEL**</u><br>       <u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Tajinder Kaur is requesting permission to travel to Punjab, India.  Tajinder  Kaur is current with all supervision obligations, and the probation officer recommends approval be granted.  Mrs. Kaur's daughter, Mandeep Kaur, has advised should her mother be granted permission to travel, she will assume Mrs. Kaur's restitution payments until her return.

**Conviction and Sentencing Date:**   On May 7, 2015, Tajinder Kaur was sentenced for the offense of 18 USC 1341, Mail Fraud, a Class C Felony.

**Sentence Imposed:**   36 months Probation.  Special conditions include: Search and seizure; Financial disclosure; No new lines of credit; No firearms; DNA collection; $100 SA (paid); and $51,379.58 Restitution ($49,579.58 balance)

**Dates and Mode of Travel:**  March 20, 2016, - May 7, 2016.  Airline to be determined upon approval of travel

**Purpose:**  To visit and help care for very ill mother.

1

**RE:** **Tajinder Kaur**
**Docket Number:  0972 2:13CR00275-004**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Sarah L. Kirk

SARAH L. KIRK
United States Probation Officer

Dated:   March 3, 2016
         Fresno, California
         SLK/rmv

/s/ Tim D. Mechem
**REVIEWED BY:**   **TIM D. MECHEM**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved       ☐   Disapproved

**Dated:  March 7, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT