UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | **RE:  Tajinder  Kaur**<br>Docket Number:  0972 2:13CR00275-004<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Tajinder Kaur is requesting permission to travel to Punjab, India.  Tajinder Kaur is current with all supervision obligations, and the probation officer recommends approval be granted.  Mrs. Kaur's daughter, Mandeep Kaur, has advised should her mother be granted permission to travel, she will assume Mrs. Kaur's restitution payments until her return.

**Conviction and Sentencing Date:**   On May 7, 2015, Tajinder Kaur was sentenced for the offense of 18 USC 1341, Mail Fraud, a Class C Felony.

**Sentence Imposed:**  36 months Probation.  Special conditions include: Search and seizure; Financial disclosure; No new lines of credit; No firearms; DNA collection; $100 SA (paid); and $51,379.58 Restitution ($47,297.58 balance)

**Dates and Mode of Travel:** February 15, 2017, through April 30, 2017.  Flight arrangements to be determined upon Court approval

**Purpose:**  To visit and help care for very ill mother and to perform rituals of mother-in-law's death at Sikh Temple.

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:**    **Tajinder Kaur**
      **Docket Number:  0972 2:13CR00275-004**
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Tim D. Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated:    February 1, 2017
      Fresno, California
      TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:**    **Brian J. Bedrosian**
      **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒    Approved    ☐    Disapproved

**Dated:  February 7, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE